IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-01164-CMA-KLM

DAVID DONALD RITZ,

    Plaintiff,

v.

CLAUDIA JEAN JORDAN,

    Defendant.

## ORDER ADOPTING AND AFFIRMING NOVEMBER 17, 2008 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This matter is before the Court on Defendant's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6) (Doc. # 9), filed June 25, 2008. The motion was referred to Magistrate Kristen L. Mix for a Recommendation by Memorandum dated November 12, 2008. Magistrate Judge Mix issued a Recommendation on November 17, 2008 (Doc. # 20), that the above-referenced motion be granted. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), F.R.Civ.P. 72(b). The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation. Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

> "In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167

(10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Mix is sound and that there is no clear error on the face of the record. *See* F.R.Civ.P. 72(a). I agree that the Defendant's Motion to Dismiss should be granted. Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Mix (Doc. # 20), filed November 17, 2008, is AFFIRMED and ADOPTED. In accordance therewith, it is

FURTHER ORDERED that Defendant's Motion to Dismiss (Doc. # 9), filed June 25, 2008, is GRANTED and that Plaintiff's Complaint is hereby DISMISSED WITH PREJUDICE pursuant to F.R.Civ.P. 12(b)(6) for failure to state a claim upon which relief can be granted.

DATED: December  3 , 2008

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge